UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re  
Archdiocese of Milwaukee,  
        Debtor.

Chapter 11  
Case No.11-20059-svk

---

Archdiocese of Milwaukee,  
        Plaintiff,  
v.  

OneBeacon Insurance Company,  
        Defendant.

Adv. Case No. 14-2031

---

Appearances and Summary of Disposition  
Honorable Susan V. Kelley, Presiding

---

Date: March 12, 2014

Start Time: 1:39:18 p.m.

End Time: 1:41:53 p.m.

Proceeding: Pre-Trial Conference

Courtroom Deputy: Jodie Primus

Court Reporter: Courtsmart

Appearances: Daryl Diesing, Lindsey Greenwald, and John Rothstein for the Debtor/Plaintiff  
William Factor, Mark Nelson, and Philip Tallmadge for Defendant One Beacon Insurance Company

---

    In light of the motion to withdraw the reference pending in the District Court, the parties agreed to the Court's suggestion that the Court hold a status conference in approximately 60 days. The Court scheduled a telephone status conference for May 5, 2014, at 1:30 p.m. (If reference of the entire adversary proceeding is withdrawn, this status conference will be canceled.)

    An audio recording of the hearing is available on the docket.